STATE OF CONNECTICUT *v.* LATONE JAMES

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 130 (AC 21584), is denied.

*Karen Diebolt*, special public defender, in support of the petition.

Decided June 18, 2002